[No. 10266-4-I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. HARVEY
RAY JOHNSON, *Appellant.*

*In the Matter of the Personal Restraint of*
HARVEY RAY JOHNSON, *Petitioner.*

Withdrawn by order of the Court of Appeals dated April
25, 1983. See 34 Wn. App. 1037.

[No. 4869-8-II.   Division Two.   December 30, 1982.]

KEITH JANGARD, *Appellant,* v. THE CITY OF
TACOMA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 290988, Stanley W. Worswick, J., entered June
27, 1980. *Affirmed* by unpublished opinion per Petrich,
A.C.J., concurred in by Petrie, J.

[No. 4693-1-III.   Division Three.   January 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RUFFUS
LEE BARTLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 75887, James B. Mitchell, J., entered
July 16, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.